reverse the portion of the order appealed from and deny the motion for the reason that it is not within the province of the court to deal with any so-called pleadings which the parties may have submitted to the arbitrators. If the parties are so advised, they may move at Special Term to vacate in their entirety the provisions of the orders dealing with the pleadings to be submitted to the arbitrators and the procedure to be followed by the arbitrators. (Appeal from certain parts of an order of Erie Special Term denying the motion of the owners to strike from the first cause of action in each complaint the claim on the part of the partnership for the reasonable cost and value of extras and for other relief.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEAL BOYE, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying a motion to vacate a judgment of conviction for robbery, first degree on December 4, 1958, without a hearing.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEAL BOYE, Appellant.— Order unanimously affirmed. (Appeal from order of Erie County Court denying without a hearing, a petition to vacate a judgment of conviction for robbery, first degree, two counts, rendered December 4, 1958.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BARBER, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of conviction of Onondaga County Court convicting defendant of burglary, third degree and petit larceny.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT A. CIFFA, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting the defendant of attempted robbery, first degree.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO GUGINO, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of attempted robbery, second degree.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT ZAGARRIGO, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of attempted robbery, second degree.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ALLEN LE VESQUE, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying, following a hearing, a motion to vacate a judgment of conviction rendered July 6, 1956.) Present — Williams, P. J., Bastow, Goldman and Halpern, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROYCE ALFRED PERRY, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Oswego County Court convicting defendant of burglary, third degree and petit larceny.) Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JERRY FASOLINO, Respondent.— Appeal by People unanimously dismissed on the